SINNOCK et al., Respondents, v. PRATT, Appellant.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by William P. Sinnock and others against Charles L. Pratt.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
A. Crook, for appellant.
A. Blumenstiel, for respondents.
No opinion.  Order affirmed, with $10 costs and disbursements.

---

TANENBAUM, Respondent, v. GALLAGHER et al., Appellants.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by Leon Tanenbaum against Patrick Gallagher and another.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
H. A. Brann, for appellants.
T. Cleveland, for respondent.
No opinion.  Judgment affirmed, with costs.

---

WEBER et al., Respondents, v. WALLACE et al., Appellants.

(Supreme Court, General Term, First Department.  May 18, 1894.)

Action by John Weber and others against James Wallace and others.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
S. Untermeyer, for respondents.
No opinion.  Judgment affirmed, with costs.

---

BARNARD v. GANTZ et al.

(Supreme Court, General Term, Second Department.  May 14, 1894.)

Action by John T. Barnard, as temporary administrator, etc., of Ann E.
Crouse, against John F. Gantz and others.
Argued before BROWN, P. J., and DYKMAN and CULLEN. JJ.
No opinion.  Order affirmed, with costs.  See 21 N. Y. Supp. 349; 23 N. Y.
Supp. 260.

---

BERNSTEIN v. UPTON et al.

(Supreme Court, General Term, Second Department.  May 14, 1894.)

Action by Lewis Bernstein against Georgiana Upton and others, executors,
etc.
Argued before BROWN, P. J., and DYKMAN and CULLEN, JJ.
No opinion.  Judgment affirmed, with costs.